# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

William J. Curtis          CIVIL 04 - 3409 (PGS)
    Plaintiff,

      v.                            O R D E R

Correctional Medical Services, Inc.
    Defendants.

It appearing that William J. Curtis, (#SBI 0000986854) Is now confined in East Jersey State Prison under the custody of Warden of said institution, and is a plaintiff in the above entitled case which will be brought to hearing before the UNITED STATES DISTRICT COURT for the DISTRICT OF NEW JERSEY, commencing and every day thereafter until completion of the status conference at the Martin Luther King, Jr. United States Courthouse, 50 Walnut St., Newark, New Jersey, April 10, 2008 at 11:00 a.m.

It is on this 2nd of April 2008, a Writ of Habeas Corpus do issue.

_____
PETER G. SHERIDAN, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden
We Command that you have the body of

(William J. Curtis),
now confined in before the United States District Court at 50 Walnut St., Newark, New Jersey Commencing April 10, 2008 at 11:00 a.m. and every day thereafter until completion of status conference, in the above matter. Immediately on the completion of the proceedings, the above will be returned to said place of confinement in a safe and secure conduct.

Witness of the Honorable Peter G. Sheridan
United States District Judge
Newark, New Jersey 07102

WILLIAM T. WALSH,
Clerk of the U.S. District
United States District Court
for the District of New Jersey

Per: <u>Dolores Hicks</u>
     Deputy Clerk

cc: New Jersey Department
    of Corrections